Neal Walters (ID No. 020901993)
waltersn@ballardspahr.com
Casey Watkins (ID No. 060122014)
watkinsc@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
856.761.3400
856.761.1020 fax

Attorneys for Defendants Subaru of America, Inc.
and Subaru Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Vicente Salcedo**, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>**Subaru of America, Inc. and Subaru Corporation,**<br><br>                Defendants. | CIVIL ACTION NO. 1:17-CV-08173-JHR-AMD<br><br>**Notice of Defendants Subaru of America, Inc. and Subaru Corporation's Motion to Dismiss (Fed. R. Civ. P. 12(B)(6))** |

**PLEASE TAKE NOTICE** that on January 16, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendants, Subaru of America, Inc. (SOA) and Subaru Corporation (SBR) (or, collectively "Defendants"), shall move before the United States District Court for the District of New Jersey, the Honorable Joseph H. Rodriguez presiding, at the Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey 08101-2797, for an order

dismissing Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support thereof, Defendants will rely on their brief filed with this motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 78.1(b), oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order also is attached.

Respectfully submitted,

Dated:  December 11, 2017

>  */s/Neal Walters*
>  Neal Walters (ID No. 020901993)
>  waltersn@ballardspahr.com
>  Casey Watkins (ID No. 060122014)
>  watkinsc@ballardspahr.com
>  BALLARD SPAHR LLP
>  210 Lake Drive East, Suite 200
>  Cherry Hill, NJ 08002-1163
>  Telephone: 856.761.3400
>  Facsimile: 856.761.1020
>
>  Attorneys for Subaru of America, Inc. and Subaru Corporation