UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENTE SALCEDO, GERALD LINDEN, and BRIAN MERVIN, individually and on behalf of all others similarly situated, | Hon. Joseph H. Rodriguez |
| Plaintiffs, | Civil Action No. 17-8173 |
| v. | ORDER |
| SUBARU OF AMERICA, INC., a New Jersey Corporation, and SUBARU CORPORATION, a Japanese Corporation, | |
| Defendants. | |

IT IS on this 11th Day of July, 2018 hereby

ORDERED that the Court will hold a telephone status conference on August 3, 2018 at 10 a.m. and that counsel for the plaintiffs shall initiate the call; and it is further

ORDERED that should the filing of the Preliminary Approval Papers occur prior to August 3, 2018, the telephone status conference will be canceled.

_____
HON. JOSEPH H. RODRIGUEZ
United States District Judge