UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENTE SALCEDO, GERALD LINDEN, and BRIAN MERVIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation, and SUBARU CORPORATION, a Japanese Corporation,<br><br>Defendants. | Hon. Joseph H. Rodriguez<br><br>Civil Action No. 17-8173<br><br>ORDER |

IT IS on this     Day of August, 2018 hereby

ORDERED that the Court will hold a telephone status conference on September 6, 2018 at 11 a.m. and that counsel for the plaintiffs shall initiate the call; and it is further

ORDERED that should the filing of the Preliminary Approval Papers occur prior to September 6, 2018, the telephone status conference will be canceled.

HON. JOSEPH H. RODRIGUEZ
United States District Judge

1