IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICENTE SALCEDO, GERALD LINDEN, and BRIAN MERVIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation, and SUBARU CORPORATION, a Japanese Corporation,<br><br>Defendants. | Civil Action No.: 17-8173(JHR)(AMD)<br><br>**CLASS ACTION** |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

**PLEASE TAKE NOTICE** that at the Final Fairness Hearing scheduled for June 5, 2019 at 11:00 a.m., Plaintiffs will move to have the Court enter the proposed order submitted herewith that will grant their unopposed motion seeking (1) the payment of $625,000 to Plaintiffs' counsel for the payment of their attorneys' fees and reimbursement of expenses, and (2) the payment of service

1

awards in the amount of $3,500 each for Plaintiffs Vincente Salcedo, Gerald Linden, and Brian Mervin ($10,500 in total).[1]

**PLEASE TAKE FURTHER NOTE** that Plaintiffs will rely on the Memorandum of Law, Declaration of Matthew D. Schelkopf, and other related materials in support of this motion.

**PLEASE TAKE FURTHER NOTE** that Defendants do not oppose this motion.

Dated: March 22, 2019                     Respectfully submitted,

By:   /s/ *Matthew D. Schelkopf*
Matthew D. Schelkopf
Joseph G. Sauder
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
555 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com
jgs@sstriallawyers.com
jbk@sstriallawyers.com

**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

---

[1] Plaintiffs will also request that the Court enter an order granting final approval to the settlement and dismissing this action with prejudice. A motion seeking that relief will be filed separately.

2

**KANTROWITZ, GOLDHAMER
& GRAIFMAN**
Gary S. Graifman
Jay I. Brody
210 Summit Avenue
Montvale, New Jersey 07645
Telephone: (201) 391-700
ggraifman@kgglaw.com
jbrody@kgglaw.com

**THOMAS P. SOBRAN, P.C.**
Thomas P. Sobran
7 Evergeen Lane
Hingham, MA 02043
Telephone: (781) 741-6075
tsobran@sobranlaw.com

*Counsel for Plaintiffs and the putative Class*

## **CERTIFICATE OF SERVICE**

I, Matthew D. Schelkopf, hereby certify that the foregoing **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** was filed on this 22nd day of March, 2019, using the Court's CM/ECF system, thereby electronically serving it on all counsel of record in this case.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf