# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| VICENTE SALCEDO, GERALD LINDEN, and BRIAN MERVIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation, and SUBARU CORPORATION, a Japanese Corporation,<br><br>Defendants. | Civil Action No.: 17-8173(JHR)(AMD)<br><br>**CLASS ACTION** |

## PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND CERTIFYING A SETTLEMENT CLASS

**PLEASE TAKE NOTICE** that at the Final Fairness Hearing scheduled for 10:00 a.m. on June 5, 2019, Plaintiffs will move to have the Court grant their unopposed motion seeking entry of an order granting final approval to the Settlement Agreement.[1]

**PLEASE TAKE FURTHER NOTE** that Plaintiffs will rely on the Memorandum of Law and other related materials in support of this motion.

**PLEASE TAKE FURTHER NOTE** that Defendants do not oppose this motion.

---

[1] Plaintiffs will also request at this hearing that the Court enter an order approving their motion for attorneys' fees, expenses, and incentive awards. An unopposed motion seeking that relief was filed on March 22, 2019 (ECF No. 38).

Dated: May 20, 2019            Respectfully submitted,

By:    /s/ *Matthew D. Schelkopf*
Matthew D. Schelkopf
Joseph G. Sauder
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
555 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com
jgs@sstriallawyers.com
jbk@sstriallawyers.com

**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

**KANTROWITZ, GOLDHAMER & GRAIFMAN**
Gary S. Graifman
Jay I. Brody
210 Summit Avenue
Montvale, New Jersey 07645
Telephone: (201) 391-700
ggraifman@kgglaw.com
jbrody@kgglaw.com

**THOMAS P. SOBRAN, P.C.**
Thomas P. Sobran
7 Evergeen Lane
Hingham, MA 02043
Telephone: (781) 741-6075
tsobran@sobranlaw.com

*Counsel for Plaintiffs and the Class*

2

## **CERTIFICATE OF SERVICE**

I, Matthew D. Schelkopf, hereby certify that the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND CERTIFYING A SETTLEMENT CLASS** was filed on this 20th day of May, 2019, using the Court's CM/ECF system, thereby electronically serving it on all counsel of record in this case.

*/s/ Matthew D. Schelkopf*
Matthew. D. Schelkopf