## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICENTE SALCEDO, GERALD LINDEN, and BRIAN MERVIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation, and SUBARU CORPORATION, a Japanese Corporation,<br><br>Defendants. | Civil Action No.: 17-8173(JHR)(AMD)<br><br>**CLASS ACTION** |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

**WHEREAS**, Plaintiffs and Defendants executed an agreement to settle this matter, subject to Court approval, on August 20, 2018;

**WHEREAS**, the Court reviewed the parties' Settlement Agreement and issued an order granting preliminary approval to it on September 28, 2019 (ECF No. 32);

**WHEREAS**, Section XIII(1) of the Settlement Agreement provides that Defendants have agreed to pay, subject to Court approval, the amount of up to $625,000 to Plaintiff's counsel for their attorneys' fees and expenses;

**WHEREAS**, Section XIII(2) of the Settlement Agreement provides that Defendants have agreed to pay, subject to Court approval, service awards totaling $3,500 to each of the three Class Representatives ($10,500 total);

**WHEREAS**, after considering Plaintiffs' motion, memorandum of law and supporting materials (including the declaration from counsel) as well as any material(s) that may be filed in opposition thereto, the Court having concluded that Plaintiffs' request for fees, expenses, and the payment of service awards is reasonable, permissible under the applicable law, and in accordance with the Settlement Agreement.

**IT IS ORDERED AS FOLLOWS:**

1. Plaintiffs' Unopposed Motion for Attorneys' Fees, Expenses, and Service Awards is **GRANTED**.

2. Defendants shall pay Plaintiffs' counsel $_____625,000_____ for their attorneys' fees and expenses, in accordance with the Settlement Agreement.

3. Defendants shall also make an additional payment totaling $____10,500____ to Plaintiffs' counsel for the service awards of the three Class Representatives, which amounts shall then be remitted by Plaintiffs' counsel to the Class Representatives, in accordance with the Settlement Agreement.

4. All other payments and costs shall be borne as set forth in the Settlement Agreement or as agreed to by the parties.

**IT IS SO ORDERED.**

Dated: _June 5, 2019_

_____
Hon. Joseph H. Rodriguez
United States District Judge